UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Malcolm Kaye Subpoena | No. 25-MC-00451<br><br>DECLARATION OF<br><u>ELIZABETH GEDDES</u> |

I, ELIZABETH GEDDES, hereby declare as follows:

1. A subpoena was served at the New Jersey residence of Malcolm Kaye on July 19, 2025.

2. On August 4, 2025, a signed subpoena was served by email on Matthew Krauss, Esq., counsel for Mr. Kaye. In a responsive email, Mr. Krauss agreed to accept service on his behalf. A copy of the correspondence is attached as Exhibit A.

3. On September 15, 2025, Judge Scanlon entered a minute order denying a motion to quash the subpoena issued to Mr. Kaye. A copy of the minute order is attached as Exhibit B.

4. On September 30, 2025, Spencer Schneider sought reconsideration of the 9/15/2025 Protective Order. A copy of Schneider's motion for reconsideration is attached as Exhibit C.

5. Schneider's motion for reconsideration remains pending.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 22, 2025
       New York, New York

                                                  _____
                                                  Elizabeth Geddes