| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:22-cv-07686-DG-VMS Schneider v. OSG, LLC et al Order on Motion to Quash Deposition Subpoena |
| **Date:** | Monday, September 15, 2025 11:06:45 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*Additional Security Enhancements Coming Soon\*\*\* For information visit PACER website**

**https://pacer.uscourts.gov/announcements/2025/06/27/additional-security-enhancements-coming-soon**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 9/15/2025 at 11:05 PM EDT and filed on 9/15/2025

**Case Name:**       Schneider v. OSG, LLC et al
**Case Number:**    1:22-cv-07686-DG-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER. Non-party Malcolm Kaye's motion to quash a third-party subpoena** ad testificandum **at ECF No. [111] is denied without prejudice.**

**A motion to quash a subpoena must be made in "the court for the district where compliance is required[.]" Fed. R. Civ. P. 45(d)(3). A court lacks jurisdiction over a motion to quash if the court is not where the place of compliance is located. See** KGK Jewelry LLC v. ESD Network, **No. 11 Civ. 9236 (LTS) (RLE), 2014 WL 1199326, at \*2 (S.D.N.Y. Mar. 21, 2014).**

**Courts in the Second Circuit are divided as to "whether the location stated in the subpoena or the residence of the non-party is the location at which compliance occurs."** Marshall Project, Inc. v. City of Cleveland, **No. 24 Mc. 309 (VEC), 2024 WL 4589667, at \*2 (S.D.N.Y. Oct. 28, 2024). Under either scenario, Mr. Kaye's motion should have been brought in a different court. The subpoena**

**is addressed to Mr. Kaye in Oxford, New Jersey, and lists an address in New York, New York as the place of compliance. See ECF No. [111]-1 at 2. On the face of the subpoena, based on either the location stated as the place of compliance in the subpoenas or Mr. Kaye's residence, this Court cannot resolve Mr. Kaye's motion. In denying the motion without prejudice, the Court makes no findings on the merits of the motion.**

**If Mr. Kaye wishes to renew his motion to quash the subpoena in the appropriate district, he must do so within 30 days of this Order so as not to delay discovery. The Court will mail a copy of this Order to Mr. Kaye at his residence.**

**Ordered by Chief Mag. Judge Vera M. Scanlon on 9/15/2025. (SKJ)**

**1:22-cv-07686-DG-VMS Notice has been electronically mailed to:**

Eva H. Posman    eposman@aol.com

Hugh Sandler    hsandler@krantzberman.com

Rhett Owen Millsaps, II    rhett@lex-lumina.com, rhettm@gmail.com

Matthew David Kraus    mkraus@chartwelllaw.com, lfridegotto@chartwelllaw.com, lhall@chartwelllaw.com, nangelino@chartwelllaw.com

Nadia Shihata    nadia@shihatageddes.com

Elizabeth Geddes    liz@shihatageddes.com

Rebecca Tushnet    rtushnet@law.harvard.edu

Anna Margaret Skotko    anna@skotkolaw.com

**1:22-cv-07686-DG-VMS Notice will not be electronically mailed to:**