

110 West 40th Street, Suite 1003 · New York, N.Y. 10018 · (646) 974-1143 · www.corvalaw.com

November 10, 2025

The Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   In re: Subpoena to Malcolm Kaye v. Schneider
      Docket No. 25-MC-00451 (DEH)

Dear Judge Ho,

The parties jointly submit this status update in connection with the Court's direction to file a status letter within two (2) business days of a decision by the Honorable Vera M. Scanlon as to Spencer Schneider's motion for reconsideration of a decision dated September 15, 2025. On November 7, 2025, Judge Scanlon denied Schneider's motion for reconsideration. *Schneider v. OSG, LLC, et al.*, Civil Docket No. 22-7686 (DG)(VMS) (E.D.N.Y.), Docket Entry No. 126. In light of Judge Scanlon's denial, Schneider will withdraw the previously issued subpoena to Malcolm Kaye, thereby mooting this matter.

Respectfully submitted,

*/s/ Elizabeth Geddes*
Elizabeth A. Geddes (NY Reg. #4348470)
Corva Law LLP
110 West 40th Street, Suite
New York, New York 10018
(646) 974-1143
liz@corvalaw.com

Hugh Sandler (NY Reg. #4712584)
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, NY 10017
hsandler@krantzberman.com

*Attorneys for Spencer Lee Schneider*

---

**The Court is advised at ECF No. 10 that Respondent voluntarily withdraws its subpoena.**

**The pending Motion to Quash, ECF No. 1, and this case, are now moot. The Clerk of Court is respectfully directed to close ECF No. 1 and to terminate this case.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: November 12, 2025
New York, New York